JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH REZAIE KALANTARI,<br><br>   Plaintiff,<br><br>v.<br><br>MARCO RUBIO et al.,<br><br>   Defendants. | Case No. 2:25-cv-01341-SB-RAO<br><br>FINAL JUDGMENT |

   For the reasons stated in the separate order granting Defendants' motion to dismiss for failure to state a claim entered this day, Plaintiff's claims are dismissed on the merits with prejudice.

   This is a final judgment.

Date: June 30, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge